UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FIVE THOUSAND THIRTY-FIVE
DOLLARS ($5,035) IN US CURRENCY,

    Defendants

Case No. 1:12-cv-861

Weber, J.
Bowman, M.J.

### ORDER

This matter is before the Court upon the motion of the United States to have the Claim of Fannie Booker (the "Claimant") stricken from the record (Doc. 5), pursuant to Rule G(8)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules").  In the alternative, Plaintiff's motion asks the Court for an Order for Claimant Booker to file a claim and answer in compliance with Supplemental Rule G.

Thereafter, on May 1, 2013, Attorney Cornelius Lewis entered an appearance in this case and also filed Supplemental Claim and Answer to the Complaint on behalf of Booker.  (Docs. 9, 10).  Plaintiff has not moved to strike Booker's supplemental claim; and upon review, it appears to be in compliance with Supplemental Rule G.  In addition, Booker agrees that her initial claim (Doc. 5) is not in compliance and should be stricken. As such, Plaintiff's motion to strike Booker's initial claim (Doc. 7) is **GRANTED**.

    **IT IS SO ORDERED.**

    *s/Stephanie K. Bowman*
    Stephanie K. Bowman
    United States Magistrate Judge